# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Lund et al; <br> *Plaintiff* <br> v. <br> Rowan County, North Carolina <br> *Defendant* | ) ) ) ) ) | Case No. 1:13-CV-207-JAB-JLW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant

Date: March 28, 2013

*Attorney's signature*

Bryce Denman Neier:NC State Bar No:19206
*Printed name and bar number*

The Law Office of Bryce D Neier
PO Box 87164
Fayetteville, NC 28304
*Address*

bryceneier@aol.com
*E-mail address*

(910) 423-5000
*Telephone number*

(910) 423-5506
*FAX number*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:13 -CV-207 -JAB-JLW

Lund et al;

    Plaintiffs

**CERTIFICATE OF SERVICE**

v.

Rowan County, North Carolina

    Defendant

We the undersigned counsel for Defendant certify that on March 29, 2013 we electronically filed the foregoing Appearance of Counsel for Bryce D Neier using the CM/ECF System which will send notification of such filings to the following counsel; That Attorney David C. Gibbs, III appears for Defendant pursuant to LR 83.1(d) and shall be designated Lead Counsel for Defendant. That the following Plaintiffs' counsel were served to wit:

Christopher A. Brook
Legal Director, ACLU of North Carolina
Attorney for Plaintiffs
PO Box 28004
Raleigh, NC 27611
Email:cbrook@acluofnc.org

Daniel Mach
Heather L. Weaver
Attorneys for Plaintiffs (LR 83.1(d)
ACLU Program on Freedom of Religion and Belief
915 15th Street, NW
Washington, DC 20005
Email :dmach@aclu.org
    hweaver@aclu.org

Done this 29th day of March 2013.

/s/Bryce D Neier
Bryce D. Neier
The Law Office of Bryce D Neier
Local NC Counsel for Defendant
2525 Raeford Road, Suite D
PO Box 87164
Fayetteville, NC 28304
Phone: 910.423.5000
FAX:910.423.5000
Email:bryceneier@aol.com


/s/ David C. Gibbs III
David C. Gibbs, III
Lead Counsel for Defendant
President, National Center for Life and Liberty
5666 Seminole Blvd, Suite 2
Seminole, FL 33772
Phone: 727.362.3700
FAX: 727.398.3907
Email:dgibbs@gibbsfirm.com
*Appearance LR 83.1(d)*